UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

**Case Number:  07-14389-CIV-MARTINEZ-LYNCH**

MICAH PEOPLES, CHRISTOPHER
GRAHAM, and ALL OTHERS SIMILARLY
SITUATED,

      Plaintiffs,

vs.

EXPERT SALES & SERVICE
CORPORATION, a Florida corporation,
MICHAEL HUBBARD, and MICHAEL
BENEDICT,

      Defendants.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE AS TO DEFENDANTS MICHAEL HUBBARD AND MICHAEL BENEDICT

THIS CAUSE came before the Court upon *sua sponte* review of the record.  This Court

entered an Order to Show Cause (D.E. No. 9), noting that Federal Rule of Civil Procedure 4(m)

requires service of summons and Complaint to be perfected upon defendants within 120 days

after the filing of the Complaint.  The Court also noted that the action was filed on December 17,

2007 and there was no indication that Defendants Hubbard or Benedict had ever been served.

Thus, the Court required Plaintiffs to file a return of service with the Court as to these

Defendants on or before June 27, 2008.  The Court also noted that "[f]ailure to file a return of

service as to either Defendant will result in the dismissal of the case as to that Defendant without

prejudice."  *See* (D.E. No. 9).

No Returns of Service as to Defendants Hubbard or Benedict have ever been filed.

Instead, Plaintiff filed a Notice (D.E. No. 14), stating that they had attempted to serve these Defendants at two different locations.  The locations are different offices for Defendant Expert Sales & Service Corporation.  Hubbard is the President and Registered Agent for this corporation and Benedict is apparently an employee of the corporation.  Plaintiffs argue in their Notice that Defendants are attempting to avoid service.  This may be true; however, the efforts detailed by Plaintiffs in the Notice and the Court's review of the record do not demonstrate good cause to extend the deadline for serving these Defendants any further.   Plaintiffs' have not diligently attempted to serve these individuals.  The Court has already allowed well-over six months for Plaintiffs to serve these Defendants.  More importantly, Plaintiffs have never sought an extension of time to serve these individuals or sought an alternate method of serving Defendants other than visiting these two different offices.  The record demonstrates that Plaintiffs have done absolutely nothing to effectuate service on these two Defendants since February of 2008.  *See* (D.E. Nos. 12-13).  Therefore, it is hereby:

ORDERED and ADJUDGED that

This Case is DISMISSED without prejudice as to Defendants Hubbard and Benedict.

DONE AND ORDERED in Chambers at Miami, Florida, this 2 day of July, 2008.

_____

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record

-2-