UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14389-CIV-MARTINEZ/LYNCH

MICAH PEOPLES, CHRISTOPHER GRAHAM,
and all others similarly situated,

     Plaintiffs,

v.

EXPERT SALES & SERVICES CORP.,
MICHAEL HUBBARD, AND MICHAEL BENEDICT,

     Defendants.

_____/



FILED by ___ D.C.

AUG 27 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND COSTS (DE 19)

**THIS CAUSE** comes before this Court upon an Order of Reference (DE 20) and the above Motion. Having reviewed the Motion, noting that no Response was filed despite the Motion being mailed to the Defendants' address, this Court recommends as follows:

1.  Plaintiffs are the prevailing party in this FLSA action by virtue of the Default Judgment entered in their favor. Pursuant to 29 U.S.C. § 216(b), the Plaintiffs therefore are entitled to recover their fees and costs.

2.  As for attorney fees, Plaintiffs' counsel claims a total of 8.1 hours of work at $275.00 an hour (for a total of $2,227.50). This Court has reviewed counsel's time sheet independently and finds the tasks involved and the time devoted

to each to be reasonable. This Court also finds counsel's hourly rate reasonable, especially in light of the lack of objection.

3.    The Plaintiffs' request for $650.00 representing the costs of the Clerk's filing fee and service of process is reasonable.

**ACCORDINGLY**, this Court recommends to the District Court that the Motion be **GRANTED**, that the Plaintiffs be awarded the total of $2,227.50 in fees plus $650.00 in costs, and that this be recoverable as judgment by the Plaintiffs against the Defendants jointly and severally.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 27th day of August, 2008.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. Jose E. Martinez
      Lee J. Baggett, Esq.

      Michael Hubbard, Registered Agent
      Expert Sales & Service Corp.
      8302 Business Park Drive
      Port St. Lucie, FL 34952