UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

**Case Number:07-14389-CIV-MARTINEZ-LYNCH**

MICAH PEOPLES, CHRISTOPHER
GRAHAM, and ALL OTHERS SIMILARLY
SITUATED,

    Plaintiffs,

vs.

EXPERT SALES & SERVICE
CORPORATION, a Florida corporation,
MICHAEL HUBBARD, and MICHAEL
BENEDICT,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LYNCH'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Frank J. Lynch, Jr., United States Magistrate Judge for a Report and Recommendation on Plaintiffs' Motion for Attorneys Fees and Costs (D.E. No. 21). Magistrate Judge Lynch filed a Report and Recommendation, recommending that the motion be granted and that Plaintiffs be awarded the total of $2,227.50 in fees plus $650.00 in costs. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is hereby

**ADJUDGED** that United States Magistrate Judge Lynch's Report and Recommendation **(D.E. No. 21)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

Plaintiffs' Motion for Attorneys Fees and Costs (D.E. No. 21) is **GRANTED**. Plaintiffs

are awarded the total of $2,227.50 in fees plus $650.00 in costs.  This amount is recoverable by the Plaintiffs against Defendants jointly and severally.

    DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of September, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record

Michael Hubbard, Registered Agent
Expert Sales & Service Corp.
8302 Business Park Drive
Port St. Lucie, FL 34952